IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
Columbia Division

**VIRGINIA FOUST and**
**MISTY BOSHEERS,**

      **Plaintiffs,**

**v.**                                                                     **No.: 1:11-00072**

**LAWRENCE COUNTY EMERGENCY**
**COMMUNICATIONS DISTRICT (911 BOARD)**      **JURY DEMAND**

      **Defendant.**

## AGREED ORDER OF DISMISSAL

Counsel for the parties have advised the Court that all issues between them related to this action have been resolved, and that all claims by both parties should be dismissed with prejudice.

It is accordingly ORDERED, ADJUDGED and DECREED that the claims in this action are dismissed.

ENTERED this **7th** day of **December**, 2012.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

SUBMITTED FOR ENTRY:

GILBERT RUSSELL McWHERTER PLC

s/Michael L. Russell
MICHAEL L. RUSSELL (20268)
1616 Westgate Circle, Suite 228
Brentwood, Tennessee 37027
Telephone: 615-354-1144
mrussell@gilbertfirm.com

CLINTON H. SCOTT (23008)
101 North Highland
Jackson, Tennessee 38301
Telephone: 731-664-1340
Facsimile: 731-664-1540
cscott@gilbertfirm.com

*ATTORNEYS FOR PLAINTIFFS*


BOSTON, HOLT, SOCKWELL & DURHAM PLLC

s/Charles W. Holt, Jr.
CHARLES W. HOLT, JR. (5338)
RYAN P. DURHAM (22073)
P.O. Box 357
Lawrenceburg, TN 38464
Telephone: 931-762-7167

*ATTORNEYS FOR DEFENDANT*